# United States District Court
## Violation Notice
(Rev. 1/2020)

DS

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M13 | E 1102001 | J. Frazin | 2760 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 04/23/22  1330hrs | 36 CFR 2.10 (d)(2) |

Place of Offense: Apgar Campground Site B 73

Offense Description: Factual Basis for Charge — HAZMAT ☐

Violate Front Country food Storage Conditions (cooler & 2 totes of food)

### DEFENDANT INFORMATION

Last Name: Tang    First: Alexander   M.I.: G

Street Address: [redacted]

Tag No.: MVK 8940   State: TX   Make/Model: Subaru Forester   Color: White

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50  Forfeiture Amount
+ $30 Processing Fee
$ 80  Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ____  Date: ____  Time: ____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E1102001*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 23rd, 20 22 while exercising my duties as a law enforcement officer in the _____ District of Montana.

_____

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/23/2022   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident